RECEIVED
DEC 16 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:20-CR-164 |
| | ) | |
| v. | ) | SUPERSEDING INDICTMENT |
| | ) | |
| MICHAEL AARON ESTRADA, | ) | T. 18 U.S.C. § 2251(a) |
| | ) | T. 18 U.S.C. § 2251(e) |
| Defendant. | ) | T. 18 U.S.C. § 2252A(a)(2) |
| | ) | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | T. 18 U.S.C. § 2252A(b)(1) |
| | ) | T. 18 U.S.C. § 2252A(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Distribution of Child Pornography)**

On or about March 8, 2020, in the Southern District of Iowa, the defendant, MICHAEL AARON ESTRADA, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, multiple video files, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Receipt of Child Pornography)**

From a date unknown but by at least January 31, 2019, to on or about June 24, 2020, in the Southern District of Iowa, the defendant, MICHAEL AARON ESTRADA, knowingly received child pornography, as defined in Title 18, United

1

States Code, Section 2256(8)(A), that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Possession of Child Pornography)

On or about August 13, 2020, in the Southern District of Iowa, the defendant, MICHAEL AARON ESTRADA, knowingly possessed material, namely, an Asus, Model Essentio AS CM1630 tower computer (S/N: ACPDCG000657) with Western Digital Caviar Blue WD2500AAJS 250GB hard drive (S/N: WMAV2L706342) within, that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and the material containing the images having been shipped and transported in and affecting interstate and foreign commerce by any means.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>
**(Production and Attempted Production of Child Pornography)**

On a date unknown, but on or between August 26, 2019, and June 24, 2020, in the Southern District of Iowa, the defendant, MICHAEL AARON ESTRADA, did attempt and did knowingly employ, use, persuade, induce, and entice a minor, Child Victim #1, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, specifically "selfie" depictions of Child Victim #1 engaging in sexually explicit conduct. The defendant, MICHAEL AARON ESTRADA, knew and had reason to know that such visual depictions would be transmitted using a means and facility of interstate commerce, specifically the internet or cellular telephone systems. Said visual depictions were actually transmitted using a means and facility of interstate commerce, specifically the internet or cellular telephone systems.

This is a violation of Title 18, United States Code, Section 2251(a) and (e).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

If the defendant, MICHAEL AARON ESTRADA, is convicted of Counts 1, 2, 3 and/or 4 of this Superseding Indictment, he shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to an Asus, Model Essentio AS CM1630 tower computer (S/N: ACPDCG000657) with Western Digital Caviar Blue WD2500AAJS 250GB hard drive (S/N: WMAV2L706342) within, and a Google smart phone, model Pixel 3a, IMEI: 359677097046124.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: Adam J. Kerndt
Adam J. Kerndt
Assistant United States Attorney