**Amy Martinez**

█████████████
█████████████

4/8/2021

**Honorable Judge Rose**
District 5, US Courthouse-
123 East Walnut Street
Des Moines, IA  50306

**Dear Honorable Judge Rose:**

Thank you for allowing me this opportunity to plead for mercy for my son, Michael Estrada. Mike is a good man who got caught up in something very bad. He has never denied his involvement and has always been very forthcoming about his involvement.  In fact, I think he was almost relieved because he didn't have to hide his addiction any longer.

Mike is not trying to shirk his responsibility for what happened or the punishment for it. I believe him when he said he has an addiction. Unfortunately there was no simple way to seek help for it. All paths lead to where he is now.  Thankfully now he is able to seek qualified help for this. Before he was contacted by law enforcement, he had begun to seek help for the anxiety and depression that might have contributed to his confused choices.

The FBI came to his home only a couple days after the death of his 6-year-old daughter following a torturous 4 ½ year fight with a degenerative disease.  He hasn't had a chance to grieve or help his wife and son grieve this loss. His charges will keep him away from his son and recently his wife filed for divorce because of his arrest and charges, now he has even more loss to deal with.

This is a time when he needs professional help and the love and support of his family.

Please don't get me wrong, I am not minimizing his participation in a serious evil. As a mother and grandmother of girls, it is appalling. However, I believe in forgiveness and when a person is truly remorseful and trying to, can change. I feel he could do more good being a contributing member of society, than being locked away for the rest of his working life.

Mike is an intelligent, well-educated man who was raised in a loving home. He is giving and caring, always ready to help anyone who asks. He doesn't like to ask for help, not wanting to be a burden.  He has always been very smart, did well in high school and was awarded a scholarship to New Mexico Institute of Technology where he started studying Physics, but changed to Engineering, going on to earn his Masters. Following his graduation, he moved to Des Moines with his sweetheart to get married. They had a beautiful daughter and 2 years later had a handsome son.  I believe they were a loving, happy family.

One month after their son was born, Mike's dad died of Acute Leukemia. I called the family home to say goodbye, Mike and his family were flying out, and due to weather, were stranded in Dallas, so he had to say goodbye to his father by Skype from an airport waiting area. He was the only family member who was not bedside.

Shortly after they returned to Iowa they started seeking medical care for their daughter who was displaying medical and developmental problems.  After months of exhausting appointments and tests it was determined she had a rare genetic disease that was incurable. This began a 4½ yr. harrowing journey that included specialists, tests, surgeries, therapies and always the hope the next doctor or procedure would make a difference, but nothing did for long. Of course, they also had a young son who was growing and needing attention.

They made the decision that Mike should stay home to care for the children, he was perfect for the job. I've never seen a more patient, nurturing parent. I had the opportunity to live with Mike and his family when I moved to the area after his dad's death. During this time, I never heard him lose his temper or raise his voice. He was calm, patient, gentle and loving with his family. He was also always available to anyone else in the family who asked for help.

When his daughter's health declined to the point she needed 24 hr care and she was admitted to ChildServe Temporary Care Unit until home nursing care could be arranged. She never came home.  During the next 1½ years she was a resident Mike attended her at medical appointments and stayed with her when the pain of her disease would get too severe for the medications, he was one of the few who could ease her suffering and fear with his loving words and gentle massage of her wracked arms and legs.  When Covid-19 hit, the center shut-down to visitors and Mike was left at home with his son, while his wife was shut in with their daughter. From mid-March until August when sweet ████ declined to the point of needing hospitalization, their life consisted of family gatherings through a window for birthdays, holidays, and anniversaries. Ending in a wave, a kiss blown, and going home alone.

Mike finally got to hug his wife and daughter again when he was allowed to see his daughter in ICU at the hospital when she was at the end of her short life. Even during this time, Mike was helping his father-in-law get to surgery and PT appointments. He also chose to postpone his own eye surgery to help with family during this time.

I am sorry to be lengthy, but I want you to know Mike is loved and has support.  I would like to request your consideration to allow him when the time is appropriate,  to serve at least part of his time with my husband and I in Sterling, Colorado. We are willing to have him live here, I believe he could find work and that he should anonymously give part of his income to an organization who helps victims of the crime he is accused of. I have reached out to a Mental Health center here in Sterling, after speaking with the clinical director, he would take Mike's case himself, in addition to referring him to the medical providers within the practice as needed for medical care that might be required to help him with healing.

Spending the remainder of his working life incarcerated just makes him a drain on society and when he does get out, Mike will continue to need government assistance because he has not had the opportunity to save for his later years, as well as not having a chance to support his son. I did not raise my children to be a drain, but a contribution to society.

I humbly ask you, your Honor, please allow my husband and I to help him get back on his feet, and back on the right path that he has strayed from.  Michael is a good man, who made a bad decision that blinded him to the right path.

Thank you for your time and consideration.
Sincerely,

Amy Martinez

## Rachel M Bush

04/19/2021



### Re: Michael Aaron Estrada

Dear Judge Rose,
I am Michael's older sister. In this letter I hope to paint a picture of the Mike I
know in hopes of helping you see past the charges on the paperwork to the kind
man and loving father that I know him as.

I'm sure you will hear about his sweet 6 year old daughter that passed away last
year from a rare genetic disorder. And about how he raised his son alone while
his wife and daughter were in the care facility behind a pane of glass during the
lockdown for Covid-19. Unable to hug his daughter or kiss his wife for over a
year. About the loneliness and hardship this caused that contributed to his bad
behavior. I also want you to know about my Mike. The goofy kid I grew up with
that became the sweet man I know now.

Mike was always the sweet, quiet, smart one of the family. His hard work,
intelligence, and dedication earned him a Master's degree in Engineering in
college. His friendly, easygoing nature and fast smile made him many friends. He
has a great sense of humor and will be the first to laugh at someone's jokes. He
also loves to make others laugh. He has this dry sense of humor that sometimes
takes people a second to get. He'll say something with a totally straight face, wait
for you to get the joke, then start laughing this quiet little laugh that shakes his
whole body. He has a quiet gentleness that puts people at ease. This gentle
patience also made him a wonderful father. After his daughter was diagnosed and
his son was born, he left his job to be a stay-at-home Dad and raise his family.
Taking full responsibility for getting his daughter to her many doctor's
appointments, while making sure his son was not overshadowed and felt loved
and supported. He was so attentive to his kids and they were his whole world. He
was always ready to read a book, sit and watch cartoons, or learn about shapes
and colors with them. I've never heard him raise his voice to his kids, even when
he was angry, which wasn't often. He was always so good about teaching them
"why" instead of just scolding. If his daughter tried to play too rough when her
brother was a baby, he wouldn't scold. It was always "now sweetie, we don't do
that." and he would tell her why. Something I remember fondly was him calmly
stating "Now sweetie, we don't shove our sandwich in brother's face. He doesn't
eat sandwiches yet" while gently sitting her back down at her little table. Or,
when they were a little older and ▇▇▇▇ was less functional and in the care
facility, and little ▇▇▇▇ wanted to read a book together. He tried to hand it to his
sister who was lying in her bed, but she couldn't use her hands at that point. Mike
said something along the lines of "Now sweetie, ▇▇▇▇ can't take the book from

you. Let's read it together". And he read them a book, making sure they both got to see all of the pictures. He was such a caring, nurturing, patient father. His gentle patience extended to many things in his life. For example, he is also a wonderful cook and baker. He loves experimenting with new recipes and making delicious food for his family. He makes especially good, beautifully braided Challah bread.

After his daughter passed away last year and he learned that he was in trouble we had a chance to talk about what happened, his charges, and how he felt about it. He fully admitted what he had done and he was deeply ashamed. He knew it was going to cost him everything and he regretted his transgressions deeply. He spoke of knowing he had a porn addiction for quite a while and that it would come and go. But the loneliness of being without his wife for the last year, the stress from his daughter's illness, and the grief of her death, it pushed him back into his porn addiction and back into the lust for teenage girls he never grew out of after high school. He talked about how he had wanted to find help several times because he knew it was wrong, but he never knew where to turn. His problem was so taboo that he didn't know who to trust or where to turn for real help. After everything came to light, he was able to start seeing a therapist for the addiction and he was relieved to finally be able to talk to someone about it. I truly believe this porn addiction is not something he wants to carry the rest of his life. That he will work very hard to not fall back into old habits. Because of this charge his wife has divorced him, the home they shared has been sold, he has lost his freedom, and has lost all sense of self-worth. This has truly cost him everything.

I hope this has given you some insight into the man my brother is, apart from his crimes. He seems prepared to pay for his wrongdoings, but I ask on his behalf for leniency in his sentencing. He is a good man with a caring heart. A remorseful man that wants help conquering an inner demon. To me he is not someone that intently desires to harm others. I feel if he had a second chance he would prove himself to be the good, trustworthy man I know him as.

Thank you for your time. If you have any questions or want to speak further, please do not hesitate to contact me.

Thank you,
Rachel Bush

Rachel Bush

Dear Judge Rose:

This letter is on behalf of Michael A. Estrada.  I would like Michael to know that I love him and in light of the violation of dignity toward the victim in this case, I'm requesting that justice be served for both the victim and the defendant.

Because I want the best for Michael, my hope for him is that he receives counseling and rehabilitation, may his sentence reflect that to make said counseling possible.  Michael was always smiling whenever we saw him and I have always considered Michael to be a caring father.

We put Michael in God's merciful hands through the court system.  May the victim and her family especially receive strength and healing from God.

Sincerely,
Emily Peck
Aunt of Michael Estrada

Judge Rose                                                                April 26, 2021
In c/o Joseph Herold
Federal Public Defender's Office
400 Locust St., Ste. 340
Des Moines, IA  50309

Your Honor,

I am the aunt of Michael Estrada. Michael is the son of my brother, who is deceased, and my sister-in-law, Amy Martinez. Michael had previously lived in Colorado and California for most of his life, so my contact with him hasn't been as often as I would have liked. However, when he was a young boy, he was happy and smiled often. I remember that he was kind, had an easy laugh and a good sense of humor. He came from good and loving parents and a large extended family, so we didn't have very much one-on-one time. My most recent contacts with him were in June of 2019 for his daughter's Make-A-Wish party, June of 2016 for my brother's funeral and the summer of 2015 when my family and I stopped by his place of work for a quick visit. Our conversations were brief and included mostly small talk. However, at his daughter's Make-A-Wish party, he seemed to be kind and caring toward his children. Since they lived so far away, my relationship with Michael was more formal since we didn't keep in contact very often.

I can't speak on a personal level about his character because I do not have a close relationship with him, but I will continue to pray for Michael, his family, and all of the persons involved in this situation. It is my prayer that God will guide you in doing what is best for Michael and for his victims. These are difficult words to say, but I feel that I need to be totally honest and keep in mind that his actions involved other children who should have been spared from this. I love him and care about his life, along with his soul, and his bad choices must have consequences in order to learn from them. My wish for him is to receive counseling and have the opportunity to rehabilitate while serving his sentence.

Sincerely yours,

Carmen Buhrman

Carmen Buhrman

April 29, 2021

Dear Judge Rose,

My name is Catherine Estrada Tickle, Michael's aunt. I am writing this letter to serve as a witness to Michael.

Although we didn't get to see Michael and his family very often, I do know, at that time, he stayed at home caring for his 2 children, ███, who is now deceased, and ███, while his wife, Stacy, worked outside the home.

Michael grew up in a very traditional family and I believe was a good, law abiding citizen. It is my opinion that the close proximity of both the death of his father and his daughter had a profound impact on his mental state.

While I believe that a father innately does not benefit in a "stay at home dad" role, as it takes away a male's role of being the provider of the family. This can upset the dynamics of a male losing control and developing an inferiority complex. This may lend itself to other behaviors to make oneself feel superior, as I believe this is what occurred in Michael's situation.

Realizing the gravity of the charges and because we love Michael and want the best for him, his family and the young girls involved, drives home the importance of counseling, rehabilitation, prayer, remorse and healing.

Therefore, we are only to trust in God's mercy and justice working through the hands of the federal courts, as to the appropriate sentence.

Our hearts also go out to these young girls and their families and pray they also will be healed thru God's most perfect and beautiful graces.

Sincerely,

Catherine R. Tickle
████████████████████

Honorable Judge Rose,                                                    4-26-21

My name is Diane Gregg. I am an aunt to Michael
+ he is the son of my sister-in-law, Amy Martinez + my
brother, Marty Estrada, who passed away in 2016.

First of all, I want to say how very deeply saddened I was
to hear of this tragic news and how much it pains me
to write this letter and that it has not been without a
deep sense of grief, for Michael, for his parents, his siblings,
for his entire extended family. My heart also goes out to
the victims and families and I am praying for their healing
and peace.

While I don't really have a relationship with Michael, as an
adult, I can only attest to the following:

Michael + his family moved to California when he was a younger
child. When his family came to visit us (in Nebraska), where
most of his extended family resided, maybe every several years
or so, it was pretty chaotic, to say the least! I, along with
the other parents (Michael's aunts) were usually very busy
cooking, cleaning + chasing kids, as there were a lot of them.
However, I remember Michael always had a ready smile
for everyone, was good-humored + had more of a reserved
nature, probably because he couldn't get a word in edge-wise!

As I mentioned, while I haven't had much of an adult
relationship with Michael over the past 20 years or more,

(183)

I did see him at several family events, as follows:

In 2014, I saw Michael + his wife, Stacey, + their daughter, ███ at a hospital in Omaha, NE, where my mom, Michael's Grandma, was admitted, for a serious condition. Our conversations were mainly about my mom + just not really anything of substance, just small talk.

I then saw Michael + his family at one of our family weddings several years ago. However, our conversation was brief + again, just small talk.

More recently, I saw Michael at his daughter, ███ Make A Wish party in June of 2019. His daughter, ███ has since passed away from a debilitating illness. But I, along with a few of my sisters, travelled to Des Moines, IA to offer our love + support. Again, it was only for part of the day + we didn't exchange many words, as there were a number of people there, so small talk, a quick hug + we were on our way. Although our time there was short, I do remember that Michael seemed to be very caring, loving and attentive to his daughter, ███

I know I probably don't know Michael as well as I could have, or should have, I guess that's just part of having a larger, extended family. Some where along the way, Michael lost his way but my hope + prayer is that he would be able to receive counseling & rehabilitation, that would lead to repentance, knowing 100 percent, he has his entire,

(20/3)

family who are praying for him!

Most of all, I want Michael to know that he is still
+ always will be, a child of God, he has a family who loves
+ cares about him + that whatever decision is made for
his future, there is still great hope for him ~ hope for
him to, once again, trust in God, hope for repentance,
and hope to be the man God intended him to be!

I am, and will continue to pray, for everyone involved in this
case + most importantly, for guidance from the Holy Spirit, to
help you, as a just judge on earth, to come to the decision
that would be in accord with the will of God, who is
the just judge over everything in existence.

Sincerly,

Diane Gregg
Aunt of Michael Estrada

(3 of 3)

Your Honor,

I am the aunt of Michall
Estrada, sister to Michael's
father, and sister-in-law to
Michael's mother.

Michael seemed to be a happy
child growing up. Although quiet,
he always had a smile.

We saw Michael a few times
during his childhood, but they
lived in California for most of
Mike's childhood so visits were
few.

The last time I saw Michael
was at his daughters make-A-
Wish party which I believe was

in 2018. He appeared to be atten-
tive to her. Michael was a stay
at home dad who cared for his
special needs child and eventually
his son too.

Being there are so many nieces
& nephews in our family, I regret
that I never formed a close rela-
tionship with Michael.

My purpose in writing this letter
is to let Michael know that his
family still loves him!

My hope for Michael is that
he will seek counseling and use
his time away for reflection
and metanoia.

There is always hope that we
can be made whole again, if we
choose to be, with God's help!

Sincerely,

Teresa Niesen

Your Honor,

Hello, I am a cousin of Michael Estrada. First I have to apologize that this letter came so late - our extended family has only recently become aware of this situation.

I'm not quite sure how to begin, or speak under these circumstances, but I do want to share my thoughts + experiences, because I love Mike + his family, and we're just heartsick over this very inconceivable moment.

I'll admit I don't have an enormous amount of time spent with Mike over the years, so my memories are few, but I feel they are sure.

We have a really large family, and would have get-togethers pretty often, though the Estrada's would only make it once every few years or so. Knowing Mike as kids/teenagers he was pretty soft-spoken, had a real joy about him that his siblings all share as well, they're such a warm bunch! He's very smart, he's polite and would take time to talk with anyone, really about anything. I remember most how much he reminds me of his dad when he laughs (all shoulders!) and he's easy to make laugh, just had a sweet way about him.

As adults, I have only been able to share a handful of "memories" which include

family weddings, his mom's 60th b-day party, stuff like that, and there weren't really good opportunities to sit and talk.

He has two children, and his oldest was diagnosed with a debilitating disease and has sadly passed, but during her life, Mike seemed a devoted and self-sacrificing father, like any loving parent would be.

Knowing him in these lights, I don't know how to square them with the things we are facing now, and I don't know how it's come to this.

I hope with my whole heart he makes sure this isn't the end of his story, and I'm praying Mike has, and takes advantage, of the chance to be restored to the Mike we know and love so much! All of us need and deserve to be reconciled to the Goodness we possess, simply by being children of God. As Christians we know that the greater sinner has a greater right to Mercy, and it's all any of us can hope for.

I do not envy you in your position, who has to weigh in on such heavy topics, but know I am praying for you as well.

Peace to you and yours,

Erika.

May 27, 2021

Calvin and Terri Hoover
███████████████

Judge Rose
c/o Joseph Herrold
Federal Public Defenders Office
400 Locust St, Ste 340
Des Moines, IA 50309

RE: Michael Estrada

Dear Judge Rose

Please consider this letter as you decide on Michael Estrada's sentencing. "Mike" as we have always known him, is one of four children born to our long-time close friends Marty and Amy Estrada. Mike has had a lot of adversity in the last few years with his dad passing away from leukemia almost five years ago and the terminal illness his precious daughter ███████ suffered and died from in August 2020 at the young age of 6 years.

Although, we did not live close to Mike and see him often over the last several years, we stayed close to what was happening in his life through our conversations with his mom Amy. While COVID-19 literally tore his family apart for the last six months of ███████ life with his wife Stacey living full time at ChildServe's facility with ██████ Mike was their son ██████ single parent. During those six months the family's birthdays, wedding anniversary, Mother's Day, and Father's Day passed and Mike kept life as "normal" as possible for ███████ Visits to ████████ and Stacey were limited through a window at ChildServe with a cell phone conversation. Prior to ███████ long-term residence at ChildServe, Mike committed his life to being a stay-at-home dad to care for their children, tending to ██████ extensive special needs.

Mike and Stacey welcomed his widowed mom Amy into their home to live until she was ready to move into her own house in Des Moines. Mike was close to his mom visiting her weekly and making sure Nicholas had a close relationship with his grandma. He also made trips to stay connected with his brothers and their families in Omaha and Lincoln, Nebraska when possible, and made sure Nicholas had time to play and have fun with his cousins.

We do not condone or belittle at all the serious crime Mike has pled to and now is facing his sentencing. Now that Mike's future is in your hands we pray that you take in consideration the father, husband, son and brother Mike was to his family with his dedication, love and care that he provided them.

Thank you,

Calvin Hoover   Terri Hoover

Calvin and Terri Hoover

Judge Rose,

This is Tom Martinez, I'm married to Michael's mom. I'm asking you to consider releasing Michael to my care. I live in Sterling, Colorado near the Sterling Correctional facility. If there would be a chance that Michael could be on house arrest or supervision here, my house is adequate for him to be here.

I have good moral character, Catholic since birth, pray the rosary daily and attend Mass at least once a week. I work out in my personal home gym daily. I am retired after 42 years from the railroad so would be able to see that he gets to counseling or meetings as would be needed. I have very strict morals and Michael would be expected to live under my rules if he is in my home.

For the little time I've known Michael, he has been very nice and accepting of me.

I first met Michael in July 2020 in Ankeny, Iowa for supper on his birthday. He had his little boy with him. He was very quiet, humble and caring for his son. His wife was not with him as she was in quarantine with their daughter at ChildServe since March. Michael was the most friendly and receptive one in the family of me being there.

The next time we met was in September a few weeks after his daughter died, and he agreed to take photos when his mother and I married at Our Lady's Immaculate Heart Catholic Church in Ankeny.

I know he is very remorseful and trying to do the right thing. The little bit I know of him, he lost his dad 5 yrs ago, his daughter died of a disease in August, his wife was in quarantine with their daughter from March until August, now they are divorced. He must be at his wit's end not having anything left. We need to give him an incentive to move on.

Michael is very educated and he should be working and being productive in society. When he is employed, he could set aside a percentage of his money to help victims of sex crimes.

I'm willing to help in whatever you feel is needed to get Michael on the right track. To guide, monitor, or supervise. Here is my cell# if you want to discuss this.

I will continue to pray for Michael, all victims and a merciful just sentence.


Thank you,

*Thomas Martinez*

Thomas Martinez

████████████

███████████████

I'm writing this letter to serve as witness testimony to the character of Michael Estrada.

Michael and I are first cousins and spent a share of time around each other throughout the course of our childhood years. The common thread of our familial heritage pivoted on two grandparents that were good people of deep faith and moral conviction. Michael and I largely have been out-of-touch for years, but I knew Michael to possess a distinctly sharp intellect. I would preface my next postulation with this: that intellect is so sharp that he struggled to find an adequate cause for faith and belief in God, mostly because the bar for sufficient cause for belief is lower for most others, and the higher intellectual arguments were inaccessible to him for a variety of reasons. I promise this wordy canvas will yet see an illustration.

Michael's life was changed when his daughter ███ was born with a disease that was both incurable and terminal in nature. Her life would be predeterminately short, painful, and poignant. As I can only imagine, Michael and his family endured the sort of pain that most civilized people aren't acquainted with throughout ███s short life. It's one thing to imagine a devastating scenario with a shutter, but Michael was entrenched in this nightmarish reality with no escape. Without the aid of a developed faith, Michael found himself in a battle without the tools to sustain himself; this, I would posit, led to his seeking unhealthy self-medicating behaviors. As you undoubtedly see in your courtroom regularly and is apodictically true, wounded people tend to wound others. Pain that is not transformed tends to be transferred. This dynamic played out in unspeakable ways but not unaccounted for by spiritual understanding. Mike lost his daughter slowly and also his father to cancer during a time in life that, from my vantage, must have been nearly unbearable.

Without a firm foundation of faith, one seeks the things that cannot satisfy and builds on foundations that are not secure.  Without a cogent reason for belief in God, there is no transcendent morality, no hope for death, no peace that prevails, no font of grace to quench the anguish of life's traumatic, inexplicable hardships. This soliloquy isn't for framing an excuse for the inexcusable. It's simply to say that we can know the spiritual metaphysics of what happened. As such, I would humbly submit for your consideration that Michael can be reformed and request your consideration as such. I'm confident that there are cases that are intrinsically easier to show the hand of mercy. My plea to you and Michael is simply this, see the God-given humanity that is inextricable from the human person, as separate from the sin (which is very real). We are not merely the sum of our worst mistakes, but thanks be to God, capable of being plucked from our worst decisions, hurts, and deepest shames and being made into something new. Thank you for taking the time to read and consider what I've written. May God bless you and uphold you in your deliberations.


Most Respectfully,

*Jason Tickle*

Jason Tickle