# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose
Criminal No. 4:20-cr-00164-001 : Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. MICHAEL AARON ESTRADA

---

Gov. Atty(s): Adam J. Kerndt : Indictment ✔ Superseding Indictment   Information
Def. Atty(s): Joseph D. Herrold : In 4 Count(s) – Code Violation:
Court Reporter: Kelli Mulcahy : ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO 18:2252A(a)(2), 2252A(b)(1) Distribution of Child Pornography (1s)
Interpreter: N/A : ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO 18:2252A(a)(2), 2252A(b)(1) Receipt of Child Pornography (2s)
  : ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO 18:2252A(a)(5)(B), 2252A(b)(2) Possession of Child Pornography (3s)
Date: June 10, 2021 : SEXUAL EXPLOITATION OF CHILDREN 18:2251(a), 2251(e) Production and Attempted Production of Child Pornography (4s)
Time Start: 9:59 am   Time End: 10:32 am :

---

✔ Defendant reaffirmed guilty plea to Count(s) 4s.  : ✔ Court adopted findings of Final PSR
  Jury    Court guilty verdict to Count(s)   :   Final PSR as amended

Minutes:

Defendant present with counsel for sentencing. Defendant satisfied with counsel. Defendant advised of maximum penalties and informed of PSR. Parties discuss PSR. Total Offense Level = 43; Criminal History Category = I; Guideline Imprisonment Range = 360 months. Parties argue appropriate sentence. Defendant allocutes. Court pronounces sentence. Defendant is advised of appeal rights.

---

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 216 months with a 5 year term of supervised release to follow. Court recommends placement in a facility closest to Iowa. $100 Special Assessment.

Counts 1s, 2s, and 3s are Dismissed upon motion of the United States. Defendant is remanded to the custody of the United States Marshal.

/s./ K. Chrismer
Deputy Clerk